## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**One Taurus Millennium PT 138, .380
caliber handgun, serial number KSE 51569**

       **Civil Action No. 20-CV-20-00439-TFM**

### JUDGMENT OF FORFEITURE

Pursuant to the Order entered this day, the Plaintiff's Motion for Entry of Forfeiture (Doc.7) is **GRANTED** and **JUDGMENT** is hereby entered as follows:

1.     The Taurus Millennium PT 138, .380 caliber handgun, serial number KSE 51569, is forfeited to the United States of America for disposition according to law, pursuant to Title 18, United States Code, 922(d)(1).

2.     Each party is to bear its own costs.

**DONE and ORDERED** this 4th day of March 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

1